BEATRICE SPELLMAN, Appellant, v. HELEN SPELLMAN, Respondent.— Judgment and order affirmed, with costs. All concur, Piper, J., not voting. (Appeal from a judgment of Wayne Trial Term, for defendant for no cause of action in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *post*, p. 1012.]

■

DORIS ULRICH, Respondent, v. COUNTY OF ERIE et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur, Piper, J., not voting. (Appeal from an order of Erie Special Term, granting claimant's motion for leave to serve late notice of claim.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

MARY E. COLLINS, Appellant, v. JOSEPH ZOLADZ, Doing Business under the Name of JOSEPH ZOLADZ LUMBER COMPANY, et al., Respondents.— Judgment insofar as it dismisses the complaint as to defendant Niagara Frontier Transit System, Inc., affirmed, with costs; judgment insofar as it dismisses the complaint as to Joseph Zoladz, Doing Business under the Name of Joseph Zoladz Lumber Company, reversed on the law and facts and a new trial granted, with costs to appellant to abide the event, on the ground that the evidence presented questions of fact as to that defendant's negligence. All concur, Piper, J., not voting. (Appeal from a judgment of Erie Trial Term, dismissing the complaint as to both defendants in a bus line negligence action.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

MERRITT E. TICE, Respondent, v. NEIL C. TICE, Appellant.— Judgment affirmed, with costs. All concur, Piper, J., not voting. (Appeal from a judgment of Cayuga Equity Term for plaintiff in an action seeking judgment declaring plaintiff to be sole owner of a liquor store.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

ROSE V. C. MONTE, Appellant, v. JAMES CAROS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 931.]

■

MAX PHILIPSON, Appellant, v. UTICA KNITTING COMPANY et al., Respondents. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 1023.]

■

JOHN I. READ, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 284 App. Div. 932.]